UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

UNITED STATES OF AMERICA

    -against-

MOSHE ROSENFELD,

    Defendant.

-----------------------------------------------------------X

1:22-mj-08464

**ORDER**

Katharine H. Parker United States Magistrate Judge:

    It is hereby ORDERED that the defendant's bail be modified to include the following condition of release:

    - Mental health evaluation and treatment as directed by Pretrial Services

Dated: New York, New York
December 27, 2022

_____
Katharine H. Parker
United States Magistrate Judge